IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SERENA WASHINGTON**                                                                                      **PLAINTIFF**

**VS.**                                              **4:11-CV-00410-BRW**

**RYAN TEMPLE,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 27).  Because they have reached a settlement in this matter, the parties ask that this case be dismissed with prejudice.  The Motion is GRANTED; this case is DISMISSED with prejudice.  The Court retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 16th day of January, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE